TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-98-00125-CV

Miranda Migoni, by her Guardian, Sylvia Migoni, Appellant

v.

State Farm Lloyds, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT

NO. 93-14669-A, HONORABLE W. JEANNE MEURER, JUDGE PRESIDING 

PER CURIAM

 All matters of fact and things in controversy have been fully compromised and
settled by and between the parties to this cause. Accordingly, the parties have filed a joint motion
to dismiss the appeal. See Tex. R. App. P. 42.1(a)(1). We will grant the motion. 

Before Justices Powers, Kidd and B. A. Smith

Dismissed on Joint Motion

Filed: June 18, 1998

Do Not Publish